U. S. DISTRICT JUDGE HON. DAVID G. ESTUDILLO

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| TAMMY WORDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:24-cv-02014-DGE |
| | ) |
| FRANK BISIGNANO, | ) ORDER |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Upon consideration of the unopposed motion for fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2414 *et seq*., IT IS HEREBY ORDERED:

1. Subject to any offset under the Treasury Offset Program, Defendant will pay Plaintiff a total of $8569.92 in EAJA fees and costs in the amount of $405.00. If EAJA fees and costs are not subject to any offset and an assignment is provided to SSA, the award shall be paid directly to the order of David F. Chermol, Esquire. All payments in accordance with this order should be submitted via electronic funds transfer (EFT) and directed to the care of Plaintiff's attorney.

Page 1
ORDER
[2:24-cv-02014-DGE]

David F. Chermol, Esq.
11450 Bustleton Ave.
Philadelphia, PA 19130
P: (215) 464-7200
Email: fdc@ssihelp.us

2.  Defendant's payment of this award bars any and all claims Plaintiff may have relating to EAJA fees and expenses in connection with this action.

3.  Defendant's payment of this award is without prejudice to Plaintiff's right to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

DATED this 12th day of August 2025.

David G. Estudillo
United States District Judge

Presented by,

By: /S/ David F. Chermol
DAVID F. CHERMOL, ESQUIRE
Chermol & Fishman, LLC
11450 Bustleton Avenue
Philadelphia, PA 19116
P: (215) 464-7200
F: (215) 464-7224
Email: fdc@ssihelp.us
*Lead Counsel for Plaintiff*


/S/ Kevin Kerr
KEVIN KERR, ESQUIRE
Kerr Robichaux & Carroll
626 SE Alder St
PO Box 14490
Portland, OR 97293
Telephone: 503-255-9092
Email: kevin.kerr@GetSSD.com
*Associated Local Counsel*

Page 2
ORDER
[2:24-cv-02014-DGE]

David F. Chermol, Esq.
11450 Bustleton Ave.
Philadelphia, PA 19130
P: (215) 464-7200
Email: fdc@ssihelp.us

2